Decided October 29, 1996

## DEPARTMENT OF TRANSPORTATION
## *v.* JOSEPH PACITTI ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 43 Conn. App. 52 (AC 14471), is denied.

*Robert T. Morrin,* assistant attorney general, in support of the petition.

*Ann M. Siczewicz* and *Patrick J. Fitzgerald,* in opposition.

Decided October 29, 1996

## STATE OF CONNECTICUT *v.*
## NICHOLAS J. PANELLA, JR.

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 76 (AC 14681), is denied.

*G. Douglas Nash,* public defender, in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.